IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY HAWKINS, JR.,

      Plaintiff,                    1: 09 CV 01705 YNP GSA (PC)

  vs.                                ORDER DIRECTING CLERK'S OFFICE TO FILE AMENDED COMPLAINT

STATE OF CALIFORNIA, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

      This action was initiated by civil complaint filed on September 28, 2009. On March 18, 2010, Plaintiff sent to the court a complaint pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 et seq. The complaint was received by the court and filed in as a new case and assigned case number 1:10-cv-00511 DLB (PC).

      On April 9, 2010, Plaintiff filed a letter to the court. In this letter, Plaintiff explains that the complaint filed March 23, 2010, is intended as a first amended complaint in case number 1:09 cv 01705 YNP GSA (PC). Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may amend his complaint without leave of court so long as a responsive pleading has not been filed. No defendants has been served, and a responsive pleading has not been filed. The complaint

1    filed on March 23, 2010, should therefore be filed as a first amended complaint in this case.
2    Plaintiff is advised, however, that he must include the proper case number on all submissions to
3    the court.
4        Accordingly, IT IS HEREBY ORDERED that the Clerk's Office is directed to file the
5    March 23, 2010, submission as a first amended complaint in this case.

8    IT IS SO ORDERED.
9    **Dated:   April 13, 2010**              /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

2