# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR., | 1:09-cv-01705-MJS (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR RULING AS MOOT |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (ECF No. 14) |

Plaintiff Leroy Hawkins, Jr. is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 6, 2012, Plaintiff filed a motion requesting a ruling.  (Mot., ECF No. 14.)

The Court screened and issued its ruling on Plaintiff's First Amended Complaint on February 27, 2012.  (Order, ECF No. 15.)  Accordingly, Plaintiff's Request for Ruling is moot.  It is DENIED on that ground.

IT IS SO ORDERED.

Dated: March 2, 2012           /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE

-1-