# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR., | 1:09-cv-01705-MJS (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| STATE OF CALIFORNIA, et al, | (ECF No. 17) |
| Defendants. | |

Plaintiff Leroy Hawkins ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2009. Plaintiff has consented to the Magistrate Judge handling all matters in this action. (ECF No. 4.)

On February 27, 2012, the Court filed an order, dismissing Plaintiff's complaint with leave to amend. (ECF No. 15.) Plaintiff's amended complaint was due on March 31, 2012. (Id.) After this deadline passed without Plaintiff having complied with or even responded to the Court's order, the Court on April 16, 2012, ordered Plaintiff to show cause within thirty days why his action should not be dismissed. (ECF No. 17.) Plaintiff filed a response on April 25, 2012. (ECF No. 18.) Although untimely, the Court has considered the merits of Plaintiff's response and, based on Plaintiff's representations therein, will exercise leniency and discharge the order to show cause.

///

///

1  Accordingly, it is hereby ORDERED that the order to show cause, filed April 16,
2  2012, is DISCHARGED.

IT IS SO ORDERED.

Dated:   May 22, 2012              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2