# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR., | CASE NO. 1:09-cv-001705-MJS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO MOTION TO DISMISS WITHIN THIRTY DAYS OF SERVICE |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 28) |
| Defendants. | |

_____/

Plaintiff Leroy Hawkins, Jr. ("Plaintiff'), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2009. Defendant Bacher filed a motion to dismiss on December 18, 2012. Plaintiff has failed to respond. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that

1. Plaintiff shall file an opposition or notice of non-opposition to Defendant's motion within **thirty (30) days** from the date of service of this order; and,

2. The failure to file a response to Defendant's motion will result in dismissal of this action, with prejudice, for failure to prosecute and/or based on the absence of opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated: February 26, 2013        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

1