UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR., | CASE NO.   1:09-cv-01705-MJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL |
| v. | (ECF No. 33) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff Leroy Hawkins, Jr. is a state prisoner proceeding pro se and in forma pauperis with an action for the violation of his civil rights under 42 U.S.C. § 1983. On March 7, 2013, Plaintiff filed a motion for the appointment of counsel. (ECF No. 33.) The Court finds that appointment of counsel for Plaintiff is warranted and grants the motion. Kelly T. Smith has been selected from the Court's pro bono attorney panel to represent Plaintiff, and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel is granted;

1

2. Kelly T. Smith is appointed as counsel in the above entitled matter;

3. Kelly T. Smith shall notify Sujean Park at 916-930-4278 or via email at spark@caed.uscourts.gov if he has any questions related to the appointment; and

4. The Clerk of the Court is directed to serve a copy of this order upon Kelly T. Smith, The Smith Firm, 1541 Corporate Way, Suite 100, Sacramento, California 95831.

IT IS SO ORDERED.

Dated:   March 16, 2013                         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE