UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, Jr., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. <br> _____/ | 1:09-cv-01705-MJS <br><br> ORDER DISCHARGING ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE AND EXTENDING PLAINTIFF'S TIME TO RESPOND TO MOTION TO DISMISS <br><br> (ECF No. 32) <br><br> **SIXTY DAY DEADLINE** |

Plaintiff Leroy Hawkins, Jr. ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2009. (ECF No. 1.)

On December 18, 2012, Defendant Bacher filed a motion to dismiss. (ECF No. 28.) After Plaintiff failed to respond to the motion, the Court issued an order directing Plaintiff to file a response by April 1, 2013. (ECF No. 32.)

Plaintiff filed a motion for appointment of counsel on March 7, 2013. (ECF No. 33.) On March 18, 2013, Plaintiff's motion for appointment of counsel was granted and Plaintiff was provided with counsel. (ECF No. 34.)

Accordingly, it is hereby ORDERED that:

1. The Court's order directing Plaintiff to file a response issued on February 26, 2013 (ECF No. 27) is DISCHARGED; and

2. Plaintiff's time for responding to Defendant Bacher's motion to dismiss is extended by **sixty (60) days** from the date of entry of this order.

IT IS SO ORDERED.

Dated:  March 20, 2013                           /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE