IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR., | 1:09-cv-01705-MJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO FILE A REPLY |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 38) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff Leroy Hawkins is a prisoner proceeding in a civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2013, Defendant Bacher filed a motion to extend time to reply to Plaintiff's opposition to the motion to dismiss. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Defendant Bacher is granted thirty (30) days from the date of service of this order in which to reply to Plaintiff's opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:   June 13, 2013          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE