# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR.,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>             Defendants. | Case No.  1:09-cv-01705-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT BACHER'S MOTION TO DISMISS<br><br>ECF Nos. 28, 45 |

Plaintiff Leroy Hawkins ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2009.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 15, 2013, the Magistrate Judge filed Findings and Recommendations, recommending that Defendant Bacher's motion to dismiss be denied.  (ECF No. 45.)  Defendant Bacher has filed objections.  (ECF No. 49.)

///

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 15, 2013, are adopted in full;
2. Defendant Bacher's motion to dismiss (ECF No. 28) is DENIED, without prejudice; and
3. Defendant Bacher should file a response to Plaintiff's Second Amended Complaint within thirty days of entry of this order.
4.

IT IS SO ORDERED.

Dated:   **February 5, 2014**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

5.