IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEROY HAWKINS, JR.,**<br><br>                                        Plaintiff,<br><br>          v.<br><br>**STATE OF CALIFORNIA, et al. ,**<br><br>                                        Defendants. | Case No. 1:09-cv-01705-LJO-MJS (PC)<br><br>**ORDER APPROVING STIPULATION**<br><br>**(ECF No. 64)** |

   GOOD CAUSE APPEARING, the parties' stipulation to extend the deadline for Defendant to reply to Plaintiff's opposition to her motion for summary judgment and Plaintiff's cross-motion for summary judgment is GRANTED.  Defendant's reply is now due on or before March 13, 2015.

IT IS SO ORDERED.

   Dated:   February 13, 2015            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE