IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR. , <br><br>   Plaintiff, <br><br>   v. <br><br> STATE OF CALIFORNIA, et al., <br><br>   Defendants. | CASE No. 1:09-cv-01705-LJO-MJS (PC) <br><br> **ORDER GRANTING PARTIES' FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** <br><br> **(ECF No. 73)** <br><br> **SEVEN (7) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On June 5, 2015, the Parties filed a stipulation and proposed order (ECF No. 73) for a seven-day extension of time to file objections to the findings and recommendations issued by the Court on May 22, 2015. (ECF No. 71.)

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that  the parties be granted seven (7) days from the date of service of this order in which to file objections to the findings and

recommendations.

IT IS SO ORDERED.

Dated: __June 8, 2015__     /s/ *Michael J. Seng*
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE