UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY HAWKINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | CASE NO. 1:09-cv-01705-LJO-MJS (PC) <br><br> ORDER ADOPTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE <br><br> (ECF No. 88) <br><br> CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE |

Plaintiff is a state prisoner proceeding *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. On November 5, 2015, the parties filed a stipulation for voluntary dismissal with prejudice. (ECF No. 88.)

The stipulation is HEREBY APPROVED and the action is DISMISSED with prejudice. The Clerk shall terminate all pending motions and CLOSE this case.

**IT IS SO ORDERED**
**Dated: November 12, 2015**

                                             /s/ Lawrence J. O'Neill
                                             **United States District Judge**